CERTIFIED TRUE COPY
THOMAS M. GOULD, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America

    Plaintiff,

v.   Civil No. 19-2257-JPM-cgc

Sixty-Four Thousand Five Hundred Fourteen
Dollars, Seventeen Cents ($64,514.17)
in U.S. Funds from Four (4) Assorted Wells
Fargo Bank Accounts,

    Defendant.

## WARRANT OF ARREST IN REM

TO:    the United States Marshal for the Western District of Tennessee

WHEREAS, on April 25, 2019, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the Western District of Tennessee against the defendant property, alleging that the property is subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint; and

WHEREAS, the defendant property is currently in the possession, custody or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant *in rem* for the defendant property; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant property as

soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Western District of Tennessee, have caused the foregoing Warrant of Arrest *in Rem* to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of said Court at Memphis, Tennessee,

This _____ day of _____, 2019.

                                                                                               Clerk of the Court
                                                                                               United States District Court

By: _____
            Deputy Clerk

## RETURN OF SERVICE

I hereby certify that I executed this warrant by serving **the file** by _____ on the **29** day of **April**, **2019**.

_____
Deputy U.S. Marshal or other person serving warrant