USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>19-2257-JPM-cgc |
|---|---|
| DEFENDANT<br>$64,514.17 in U.S. Funds from Four (4) Assorted Wells Fargo Bank Accounts | TYPE OF PROCESS<br>Summons, Complaint, Warrant, Order, Legal Notices |

**SERVE AT** { 
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Wells Fargo Bank    Contact:  Tamara Rhodes    901-537-1180

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

3611 Hacks Cross Road, Memphis, Tennessee 38125-8803

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Christopher E. Cotten<br>800 Federal Office Building<br>Memphis, Tennessee 38103 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                    Fold

CATS ID Numbers:  18-DEA-644414, 18-DEA-644416, 18-DEA-643606, 18-DEA-643607

| Signature of Attorney other Originator requesting service on behalf of:<br>/s Christopher E. Cotten | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>901-544-4231 | DATE<br>4/29/19 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 7L | District to Serve<br>No. 7L | Signature of Authorized USMS Deputy or Clerk | Date<br>4/29/19 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>Tamara Rhodes, C. Williams | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>5/29/19 | Time<br>11:51 | ☒ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>8 | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges<br>8 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>8<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:  Fedex 7752 8411 4038

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.  19-2257-JPM-cgc |
| | ) |
| $64,514.17 in U.S. Funds from Four (4) Assorted | ) |
| Wells Fargo Bank Accounts | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wells Fargo Bank
Contact:  Tamara Rhodes
3611 Hacks Cross Road
Memphis, Tennessee 38125-8803
901-537-1180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher E. Cotten
167 N. Main Street, Suite 800
Memphis, Tennessee 38103
901-544-4231

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    April 29, 2019                                                    s/ Judy Easley
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  19-2257-JPM-cgc

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Fedex 7752 84114038

My fees are $ _____ for travel and $ _____ for services, for a total of $ 8.00   0.00 .

I declare under penalty of perjury that this information is true.

Date: ___5/29/19___                        *(LG)*
                                        _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        **U.S. Marshals Service**
                                        **1072 Federal Bldg.**
                                        **167 N. Main Street**
                                        **Memphis, TN 38103**
                                        *Server's address*

Additional information regarding attempted service, etc:

## Grittman, Letitia (USMS)

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, May 29, 2019 12:26 PM |
| **To:** | Grittman, Letitia (USMS) |
| **Subject:** | FedEx Shipment 775284114038 Delivered |

# Your package has been delivered

## Tracking # 775284114038

Ship date:
Tue, 5/28/2019

Letitia Grittman
AFD, U.S. Marshals Service
Memphis, TN 38103
US

Delivery date:
Wed, 5/29/2019 11:51
am

Tamara Rhodes
Wells Fargo
3611 Hacks Cross Rd
MEMPHIS, TN 38125
US

**Delivered**

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 775284114038 |
| **Status:** | Delivered: 05/29/2019 11:51 AM Signed for By: C.WILLIAMS |
| **Reference:** | 19-2257 |
| **Signed for by:** | C.WILLIAMS |
| **Delivery location:** | MEMPHIS, TN |
| **Service type:** | FedEx Express Saver® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Adult Signature Required |
| | Deliver Weekday |
| **Standard transit:** | 5/31/2019 by 4:30 pm |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:53 AM CDT on 05/29/2019.

1