USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 19-2257-JPM-cgc |
| **DEFENDANT** $64,514.17 in U.S. Funds from Four (4) Assorted Wells Fargo Bank Accounts | **TYPE OF PROCESS** Summons, Complaint, Warrant, Order, Legal Notices |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Juan Lan Zhen    626-205-8836
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
132 Diamond Street, Suite F, Arcadia, CA 91006-3891

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Christopher E. Cotten
800 Federal Office Building
Memphis, Tennessee 38103

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Additional Addresses:
9249 De Adalena Street, Rosemead, CA 91770-1929
1206 Garnet Street, Calexico, CA 92231-4023
9909 Broadway, Temple City, CA 91780-2635

CATS ID Numbers:
18-DEA-644414    18-DEA-643607
18-DEA-644416
18-DEA-643606

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
/s Christopher E. Cotten
TELEPHONE NUMBER: 901-544-4231
DATE: 4/29/19

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No.: 76
District to Serve No.: 76
Signature of Authorized USMS Deputy or Clerk:
Date:

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):
Date: 5/31/19
Time: [ ] am [ ] pm
Signature of U.S. Marshal or Deputy: Jeffrey Holt

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | 8.00   $0.00 |

REMARKS: Rejected Shipment. FedEx Returned 5/31 Delivered @ 3:45pm / Retrieved @ 3:49pm FedexTRK 775284049901

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America <br><br> *Plaintiff(s)* <br> v. <br> $64,514.17 in U.S. Funds from Four (4) Assorted Wells Fargo Bank Accounts <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 19-2257-JPM-cgc <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Juan Lan Zhen     626-205-8836
132 Diamond Street, Suite F, Arcadia, CA 91006-3891
9249 De Adalena Street, Rosemead, CA 91770-1929
1206 Garnet Street, Calexico, CA 92231-4023
9909 Broadway, Temple City, CA 91780-2635

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Christopher E. Cotten
167 N. Main Street, Suite 800
Memphis, Tennessee 38103
901-544-4231

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  April 29, 2019            s/ Judy Easley
                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-2257-JPM-cgc

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because Resident Rejected _____ ; or

☐ Other *(specify)*: fedex 7752 8404 9901

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/31/19

_____ (signature)
Server's signature

Printed name and title
**U.S. Marshals Service**
**1072 Federal Bldg.**
**167 N. Main Street**
**Memphis, TN 38103**
Server's address

Additional information regarding attempted service, etc:

Grittman, Letitia (USMS)

# 775284049901

Notice graphic

Notice graphic

No scheduled delivery date available at this time.

# Scheduled delivery:

# Pending

Delivery exception

LOS ANGELES, CA

Get Status Updates Obtain Proof of Delivery
Sign for a Package

Want to know when your package will arrive?
See your estimated delivery time with FedEx Delivery Manager. Sign up or Log in

**From**

Memphis, TN US

Show Delivery Location >>

Origin Terminal

CORDOVA, TN

**To**

ARCADIA, CA US

Show Delivery Location >>

1

  Delivery exception

  Retrieved shipment

- Friday , 5/31/2019

  3:45 pm

  ARCADIA, CA

  Delivered

- Friday , 5/31/2019

  8:58 am

  LOS ANGELES, CA

  On FedEx vehicle for delivery

- Friday , 5/31/2019

  7:20 am

  LOS ANGELES, CA

  At local FedEx facility

- Thursday , 5/30/2019

  9:36 am

  LOS ANGELES, CA

  At local FedEx facility

- Thursday , 5/30/2019

  9:14 am

  LOS ANGELES, CA

  At local FedEx facility

  Package not due for delivery

- Thursday , 5/30/2019

  8:15 am

  LOS ANGELES, CA

3



ORIGIN ID:JGXA (800) 238-5355   SHIP DATE: 04JUN19
FEDEX                            ACTWGT: 0.50 LB MAN
                                 CAD: 37076/CAFE3211
2000 SAN FERNANDO RD
LOS ANGELES, CA 90065            BILL RECIPIENT
UNITED STATES US

TO  **LETITIA GRITTMAN**
    **AFD, U.S. MARSHALS SERVICE**
    **167 N MAIN ROOM 1072**

**MEMPHIS TN 38103**

REF: 775284049901

 

FedEx Express

**E**

WED – 05 JUN 4:30P
**EXPRESS SAVER**

TRK# 4940 5819 2493
0201

**SH NQAA**           38103
                     TN-US MEM



MAY 0 4 2019

Align bottom of peel-and-stick airbill or pouch here.