IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Civil No. 19-2257-JPM-cgc

Sixty-Four Thousand Five Hundred Fourteen
Dollars, Seventeen Cents ($64,514.17)
in U.S. Funds from Four (4) Assorted Wells
Fargo Bank Accounts,

    Defendant.

## REQUEST TO CLERK FOR ENTRY OF DEFAULT

Plaintiff, the United States of America, hereby requests the Clerk of the Court to enter a default, pursuant to Federal Rule of Civil Procedure 55(a), against: *Sixty-Four Thousand Five Hundred Fourteen Dollars, Seventeen Cents ($64,515.17) in U.S. Funds from four (4) Assorted Wells Fargo Bank Accounts*, more particularly described as follows:

    a.  Nine Thousand Three Hundred Seventy-Two Dollars, Seventy-Five Cents ($9,372.75) in U.S. Funds from Account #8886322117 held in the name of Juan Lan Zhen at Wells Fargo Bank;

    b.  Five Thousand Three Hundred Thirty-Five Dollars, Three Cents ($5,335.03) in U.S. Funds from Account #8129396274 held in the name of Lucky City, Inc. and Juan Lan Zhen at Wells Fargo Bank;

    c.  Forty-One Thousand Eight Hundred Ninety-Seven Dollars, Eighty-Three Cents ($41,897.83) in U.S. Funds from Account #71426882 held in the name of Juan Lan Zhen at Wells Fargo Bank; and,

    d.  Seven Thousand Nine Hundred Eight Dollars, Fifty-Six Cents ($7,908.56) in U.S. Funds from Account #3421157979 held in the name of Juan Lan Zhen at Wells Fargo Bank,

and all other persons and entities having an interest in such property, for failure to file a claim or answer or otherwise defend as provided for in Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, Federal Rules of Civil Procedure.

        Respectfully submitted,

        D. MICHAEL DUNAVANT
        United States Attorney

By:    /s Christopher E. Cotten
        CHRISTOPHER E. COTTEN
        Assistant United States Attorney
        800 Federal Building
        Memphis, Tennessee 38103
        (#014277 Tennessee)
        (901) 544-4231