IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19cv2257 JPM/cgc |
| | ) | |
| Sixty-Four Thousand Five Hundred Fourteen | ) | |
| Dollars, Seventeen Cents ($64,514.17) in | ) | |
| U.S. Funds from Four (4) Assorted Wells | ) | |
| Fargo Bank Accounts, | | |
| | ) | |
| Defendant. | ) | |

---

CLERK'S ENTRY OF DEFALUT

---

In conformity with Rule 55, Federal Rules of Civil Procedure, the defendant, is hereby declared to be in default to the plaintiff, having failed totimely respond to the Complaint filed in the United States District Court, Western District, Western Division on April 25, 2019. Defendant having been served with a summons and complaint on May 31, 2019 and service was rejected. No answer or notice of appearance having  been filed as of the date of this default. For good cause shown, the court may set aside this request for entry of default, pursuant to Rule 55(c).

Entered this 16th day of March , 2020.

Thomas M. Gould
Clerk of Court

By: s/ Judy Easley, Deputy Clerk