IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   )<br>   )<br>      **Plaintiff,**   )<br>   )<br>**v.**   )<br>   )<br>**Sixty-Four Thousand Five Hundred**   )<br>**Fourteen Dollars, Seventeen Cents**   )<br>**($64,514.17) in U.S. Funds from Four (4)**   )<br>**Assorted Wells Fargo Bank Accounts,**   )<br>   )<br>      **Defendant.**   )  | Case 2:19-cv-2257-JPM-cgc |

---

## DEFAULT JUDGMENT
---

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff United States of America's Complaint of Forfeiture, filed on April 25, 2019 (ECF No. 1), the Plaintiff's Motion for Default Judgment filed on March 16, 2020 (ECF No. 14), and the Clerk having entered a Default against Defendant $64,514.17 in U.S. Funds from Four (4) Assorted Wells Fargo Bank Accounts on March 16, 2020. (ECF No. 15),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Motion for Entry of Default Judgment (ECF No. 14-1 at PageID 63, Affidavit of Mr. Cotton), the following property is due to the Plaintiff in this action:

   a. Nine Thousand Three Hundred Seventy-Two Dollars, Seventy-Five Cents ($9,372.75) in U.S. Funds from Account #8886322117 held in the name of Juan Lan Zhen at Wells Fargo Bank;

   b. Five Thousand Three Hundred Thirty-Five Dollars, Three Cents ($5,335.03) in U.S. Funds from Account #8129396274 held in the name of Lucky City, Inc. and Juan Lan Zhen at Wells Fargo Bank;

   c. Forty-One Thousand Eight Hundred Ninety-Seven Dollars, Eighty-Three Cents ($41,897.83) in U.S. Funds from Account #71426882 held in the name of Juan Lan Zhen at Wells Fargo Bank; and,

   d. Seven Thousand Nine Hundred Eight Dollars, Fifty-Six Cents ($7,908.56) in U.S. Funds from Account #3421157979 held in the name of Juan Lan Zhen at Wells Fargo Bank.

**A FINAL JUDGMENT IS THEREFORE ENTERED** and the defendant, Sixty-Four Thousand Five Hundred Fourteen Dollars, Seventeen Cents ($64,514.17) in U.S. Funds from Four (4) Assorted Wells Fargo Bank Accounts, is be forfeited to the United States of America to be disposed of in accordance with law.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE

June 5, 2020
Date